```
 1  AUSTIN P. NAGEL, ESQ.
    California State Bar #118247
 2  GRACE E. FELDMAN, ESQ.
    California State Bar #261936
 3  LAW OFFICES OF AUSTIN P. NAGEL
    111 Deerwood Road, Suite 305
 4  San Ramon, California  94583
    Telephone:  (925) 855-8080
 5  Facsimile:  (925) 855-8090
 6
    Attorneys for Plaintiff,
 7  WELLS FARGO CARD SERVICES
 8
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 10-52343 ASW |
| | (Chapter 13 Proceeding) |
| MELVIN OTT MANNING and FRIEDA D. MANNING, | |
| Debtors. | Adversary No. 10-05211 |
| _____/ | |
| WELLS FARGO CARD SERVICES, | NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT |
| Plaintiff, | Date: December 13, 2010 |
| | Time: 1:45 p.m. |
| v. | Ctrm: #3020, |
| | 280 S. First Street, |
| MELVIN OTT MANNING, | San Jose, CA |
| Defendant. | |
| _____/ | |

     WELLS FARGO CARD SERVICES, (hereinafter referred to as "Plaintiff"), previously filed a Motion for Summary Judgment against Defendant, MELVIN OTT MANNING (hereinafter referred to as "Defendant"), under and pursuant to the above-entitled proceeding.

| | | |
|---|---|---|
| 1 | Plaitniff hereby withdraws, without prejudice, the aforementioned Motion for | |
| 2 | Summary Judgment. | |
| 3 | Dated: November 22, 2010 | LAW OFFICES OF |
| 4 | | AUSTIN P. NAGEL |
| 5 | | /s/ Grace E. Feldman |
| 6 | WFCSBK.09 | Attorneys for Plaintiff, WELLS FARGO CARD SERVICES |

## **PROOF OF SERVICE**

I, the undersigned, declare that I am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 111 Deerwood Road, Suite 305, San Ramon, California 94583.

On November 23, 2010, I served NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT on the interested parties in said action. To those parties served via the United States Mail, such parties were served by placing a true copy thereof, enclosed in a sealed envelop with postage thereon fully prepaid, in the United States Mail at San Ramon, California. I am readily familiar with our business practice for collection and processing of correspondence for mailing, and this document will be deposited with United States Postal Service this day in the ordinary course of business. The interested parties were served as follows:

Melvin Ott Manning
6224 Meridian Avenue
San Jose, CA 95120

Norma Hammes
1570 The Alameda #223
San Jose, CA 95126

I declare under penalty of perjury that the foregoing is true and correct and this Proof of Service was executed on November 23, 2010 at San Ramon, California.

                                                              /s/ Melissa LaVell

WFCSBK.09